ELIZABETH RING, Respondent, *v.* EUGENE B. HOWELL, as Receiver of the LONG ISLAND REAL ESTATE, EXCHANGE AND INVESTMENT COMPANY, Appellant.

*Ring* v. *Long Island Real Estate, Exchange & Inv. Co.,* 93 App. Div. 442, affirmed.
(Argued February 13, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

May 19, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the Kings County Court on trial without a jury.

*Robert H. Wilson* for appellant.

*James C. Cropsey* and *Frank Mann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Absent: CULLEN, Ch. J. Not sitting: WILLARD BARTLETT, J.